198 So.2d 308

**Orville COUCH**

v.

**STATE.**

**7 Div. 740.**

Court of Appeals of Alabama.

March 22, 1966.

Rehearing Denied May 10, 1966.

Orville Couch, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

This record reveals convictions on pleas of guilt before indictment.   Constitution 1901, Amendment 37.

On coram nobis the appellant did not aver or prove that he had a valid defense or that he was innocent of the original charges.

A majority of the court considers that the judgment below must under Culombe v. Connecticut, 367 U.S. 568, 81 S.Ct. 1860, 6 L.Ed.2d 1037 (147 Conn. 194, 158 A.2d 239), and Lynumn v. State of Illinois, 372 U.S. 528, 83 S.Ct. 917, 9 L.Ed.2d 922 (21 Ill.2d 63, 171 N.E.2d 17), be

Reversed.

JOHNSON, J., dissents only because of appellant's failure to plead and prove a valid defense. Ex parte Taylor, 249 Ala. 667, 32 So.2d 659.